```
✗ FILED      ___ LODGED
___ RECEIVED ___ COPY

    AUG 2 2 2006

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>1. Shawnell Shya Kasey,<br>   (Counts 1, 3 & 4)<br><br>2. Antonio Roy James,<br>   (Counts 2-4)<br><br>    Defendants. | CR06-0775PCT-mHm (DKD)<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. §§ 1153 and 1111<br>      (CIR- First Degree Murder)<br>      Count 1<br><br>18 U.S.C. § 3 & 2<br>(Accessory to First Degree Murder After the Fact & Aid and Abet)<br>Count 2<br><br>18 U.S.C. § 1512(c) & 2<br>(Obstruction of Justice & Aid and Abet)<br>Count 3<br><br>18 U.S.C. § 1512(k) & 2<br>(Conspiracy to Obstruct Justice & Aid and Abet)<br>Count 4 |

THE GRAND JURY CHARGES:

**COUNT 1**

On or about June 2, 2006, in the District of Arizona, within the confines of the Ft. Apache Indian Reservation, Indian Country, SHAWNELL SHYA KASEY, an Indian, with premeditation and malice aforethought, did willfully kill and murder Santana Paxson.

1  In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

On or about June 2, 2006, in the District of Arizona, ANTONIO ROY JAMES and others, did, knowing that an offense had been committed against the United States, did receive, relieve, comfort or assist the offender in order to hinder or prevent her apprehension, trial or punishment.

In violation of Title 18, United States Code, Sections 3 and 2.

## COUNT 3

On or about June 2, 2006, in the District of Arizona, SHAWNELL SHYA KASEY, ANTONIO ROY JAMES and others, did knowingly and corruptly alter, destroy, mutilate, or conceal a record, document, or other object, or attempted to do so, by removing the clothing of the victim to suggest that the victim had been raped and moved the victim from where she was murdered to another location with the intent to impair the body's integrity or availability for use in an official proceeding, that is an investigation of a First Degree Murder, in violation of Title 18, United States Code, Sections 1153 and 1111, in the District of Arizona.

In violation of Title 18, United States Code, Sections 1512(c), and 2.

## COUNT 4

On or about July 2, 2005, in the District of Arizona, within the confines of the Ft. Apache Indian Reservation, Indian Country, SHAWNELL SHYA KASEY, ANTONIO ROY JAMES and others, did knowingly, wilfully, and unlawfully conspire and agree together with persons known and unknown, to alter, destroy, mutilate, or conceal a record, document, or other object, or attempted to do so, by removing the clothing of the victim to suggest that the victim had been raped and moved the victim from where she was murdered to another location with the intent to impair the body's integrity or availability for use in an official proceeding, that is an investigation of a First Degree Murder, in violation of Title 18, United States Code, Sections 1153 and 1111, in the District of Arizona.

In furtherance of such agreement and conspiracy and to affect the objects thereof, and other co-conspirators committed the following overt acts, among others:

1  On or about June 2, 2006, SHAWNELL SHYA KASEY, ANTONIO ROY and others,
2  dragged Santana Paxson from the location where she been stabbed to another area where her
3  clothes were removed to suggest to investigators that Santana was killed during a sexual
4  assault.
5  On or about June 2, 2006, SHAWNELL SHYA KASEY, ANTONIO ROY and others,
6  placed Santana Paxson in the bed of a pickup truck and drove toward Fort Apache with the
7  idea of dumping her body.
8  On or about June 2, 2006, SHAWNELL SHYA KASEY, ANTONIO ROY and others,
9  found the intended area occupied and therefore drove on to another area near Lonesome
10 Dove and dumped her body into the river.
11 In violation of Title 18, United States Code, Section 1512(k) and 2.
12                                A TRUE BILL

        _s/_____
        FOREPERSON OF THE GRAND JURY
        Date: August 22, 2006

PAUL K. CHARLTON
United States Attorney
District of Arizona


_s/_____
VINCENT Q. KIRBY
Assistant U.S. Attorney